UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-01191-GPG-SBP

LANDIN GOLOJA,
TYLER MAYBEE,
CAITLAN REYNOLDS, and
DANIEL SHEINER, on behalf of
themselves and all others similarly situated,

          Plaintiffs,

v.

VAIL RESORTS, INC., and
ALTERRA MOUNTAIN COMPANY,

          Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Alterra Mountain Company ("Alterra") submits this Corporate Disclosure Statement.

Alterra, a Delaware corporation, is not publicly traded. Alterra is an indirect, wholly owned subsidiary of Hawk Holding Company, Inc., a privately held Delaware corporation. No publicly held corporation owns 10% or more of the stock of Alterra.

Dated:  April 13, 2026.                    Respectfully submitted,


*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Natalie West
Kendra Sendler Kumor
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   reilly@wtotrial.com
              west@wtotrial.com
              kumor@wtotrial.com


Attorneys for Defendant Alterra Mountain
Company


## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on April 13, 2026, I electronically filed the foregoing
**CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF
system which will send notification of such filing to all counsel of record.


*s/ Claudia L. Jones*